## ANONYMOUS.

An *allocatur* not necessary on a writ of error.

*S. R. Hamilton* moved to quash the writ of error, because no *allocatur* is indorsed on it.

*P. I. Clark* contra. No *allocatur* is necessary, it is a writ of right.

HORNBLOWER, C. J. I had supposed an *allocatur* unnecessary.

